## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Lynn A. Thrapp, being duly sworn, hereby depose and state that the following is true to the best of my information, knowledge and belief:

## INTRODUCTION AND AGENT BACKGROUND

1. Your Affiant is a full time salaried law enforcement officer for the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and has been so since October 14th, 2018. Your Affiant, ATF Special Agent Lynn Thrapp #6224, has a Bachelor of Arts degree in Psychology with a Minor in Linguistics from the University of Colorado Boulder. Your affiant worked for 4 years in Juvenile Corrections in Greeley Colorado, and for 1 year as a Community Safety Official at the University of Colorado Boulder Police Department. Your Affiant is a graduate of the Criminal Investigator Training Program from the Federal Law Enforcement Training Center and of Special Agent Basic Training from the ATF National Academy. Your Affiant is currently assigned to the ATF Denver Field Division's Crime Gun Intelligence and is also a member of Colorado's Regional Anti-Violence Enforcement Network (RAVEN), a task force comprised of multiple federal and local law enforcement agencies formed to investigate criminal networks and gun crimes that cross the geographical boundaries of Colorado.

2. As an ATF Special Agent, I am familiar with federal criminal laws pertaining to firearms, explosives and narcotics violations. I know that it is a violation of Title 18 USC § 922(g)(1) for any person who has been convicted a felony punishable by more than one year in prison to possess a firearm or ammunition;

3. I assert that there is probable cause to believe that Michael Deonsey DORDIES has violated 18 U.S.C. § 922(g)(1) (*possession of firearm by a previously convicted felon*). The statements set forth in this affidavit are based upon my training and experience, consultation with other experienced investigators, agents, and other sources of information related to this and other firearms investigations. This affidavit is intended to set forth probable cause in support of the criminal complaint and arrest warrant and does not purport to set forth all of my knowledge regarding this investigation.

## INVESTIGATION

4. Based upon my work in a current investigation, I am familiar with Michael Deonsey DORDIES.

5. On July 9, 2020, Your Affiant received a call from Denver Police Department Detective Ernest Sandoval, who relayed the following information.

6. On July 9, 2020, at approximately 0627 hours, the Denver Police Department Communication Bureau received a call of shots fired in the area of N. Quince St. and E. 7th Ave, which is located in the City of Denver, Federal District of Colorado. The caller stated they heard three gunshots coming from 712 N. Quince St. Another caller reported they had heard ten gunshots and saw males running southbound on Quince St behind the back of the houses.

7. Denver Police Department (DPD) Officers responded to 712. N Quince St and observed several bullet defects going into the front door, as well as several spent .45 caliber cartridge casings in front of the residence. Officers entered the residence through the unlocked rear sliding door, and observed a female victim, M.M, on the couch suffering from apparent gunshot wounds. M.M was transported to the hospital for medical treatment. Officers found no other victims in the home.

8. DPD Detectives with the Firearm Assault Shoot Team (F.A.S.T) then arrived on scene and contacted several witnesses in regards to the event. One witness, J.L, relayed she had observed a short, bald, black male wearing white clothing fleeing the scene of the shooting. J.L also stated she had seen a black male (who she later identified via photo array as Michael Deonsey DORDIES ) place something in a 2004 Chevy Impala with Colorado license plate DVO896. The 2004 Chevy Impala was parked on the street behind the 700 block of N. Quince St.

9. Another witness, R.W, reported he had spent the night at 712 N.Quince St and woke up around 0600 hours to a knock at the door. R.W told officers he had felt uncomfortable, so he left the residence through the back door. R.W reported that after he left, he heard gunshots and observed a black male with an athletic build wearing a white t-shirt come from the front

of 712 N.Quince St. R.W reported the male placed something in a silver Cadillac with the Colorado License plate QHB827 that was parked on the street behind the residence.

10. F.A.S.T Detectives learned that DORDIES was associated with both the 2004 Chevy Impala and silver Cadillac. Detectives met with DORDIES and observed that DORDIES is a black male, approximately 6'8, 270 pounds, with an athletic build. DORDIES told detectives that he had recently purchased the silver Cadillac and has the title to the vehicle. At the time DORDIES was contacted, he was also with his girlfriend, identified as Brittany GAITER. GAITER reported that the white Impala was registered to a family member of hers. DORDIES told Detective Lang that the 2004 Chevy Impala had recently been impounded and he was trying to fix it up.

11. F.A.S.T Detective Ernest Sandoval authored a search warrant for both the 2004 Chevy Impala and the silver Cadillac, and the search warrant was signed by the honorable Judge Schwartz. During the search of the 2004 Chevy Impala, detectives located a Mossberg 12 gauge shotgun serial number MV969505, a .22 caliber semi-automatic HK rifle Model LRHV, and a .223 caliber rifle, unknown make, model "Radical", serial number RIP2594.

12. Detectives also located a backpack containing .45 caliber ammunition in the 2004 Chevy Impala, which is consistent with the spent cartridge casings found at 712 N. Quince St. While detectives were at the scene of the shooting and searching the vehicles, they observed DORDIES enter and exit 690 N. Quince St several times. DORDIES told DPD Detective Lang that he was living at 690 N. Quince St because he was going through a separation with his wife. Detective Sandoval authored a search warrant for 690 N. Quince St and the warrant was signed by the Honorable Judge Lombardi.

13. Detectives searched the home and found a magazine with live ammunition in a bedroom with a birth certificate belonging to DORDIES. The individual who rents the home also verified that the room with the birth certificate and magazine was used by DORDIES.

14. Detectives conducted a clearance of DORDIES and found he had an outstanding warrant for violating a court order. DORDIES was subsequently placed under arrest. Detective Sandoval conducted a records check of DORDIES and found that DORDIES has a felony conviction

for Attempted Burglary out of Illinois, as well as a current open case in Colorado for Domestic Violence, which prohibits DORDIES from possessing firearms.

15. Later, DORDIES was escorted to Denver Police Department Headquarters. DORDIES was read his *Miranda* Rights and DORDIES waived his rights and agreed to speak with detectives. DORDIES told F.A.S.T. Detective Fayles that on July 9, 2020, at approximately 0700 hours, he was walking north from his residence when he was approached by a friend he called "Ya." DORDIES told Detective Fayles that "Ya" does not live with him but visits his house often. DORDIES stated that "Ya" has had negative interactions with his neighbors who live at 712 N. Quince St. Further, "Ya" told DORDIES that someone from 712 N. Quince St had broken into his truck last month, and he was going to confront them. DORDIES said he was approximately 30 yards north of 712 N. Quince St when "Ya" pounded on the door and a female answered. DORDIES stated he was walking south of the building when he heard approximately four gunshots. DORDIES told Detective Fayles that "Ya" ran around the corner from Quince St and told DORDIES to get his guns because the police were coming. DORDIES told Detective Fayles that he had then gotten his guns out of the house and put them in the car. DORDIES stated he saw "Ya" get in a black Mercedes or BMW, and leave the area. DORDIES stated that "Ya" has been known to carry a gun and that DORDIES did not know if "Ya" was inside his residence prior to, or after, the shooting. DORDIES denied being a convicted felon but admitted to having been previously charged with felony offenses.

16. Your Affiant also conducted a criminal records check and found that DORDIES has a criminal record going back to 2002. DORDIES has one adult felony conviction in the State of Illinois.

- Cook County Circuit Court case number 2002CR233780. DORDIES was arrested on August 5, 2002, and on October 30, 2002, DORDIES pled guilty to Attempted Burglary, a Class 3 felony offense and was sentenced to 2 years probation.

17. On July 10, 2020, Your Affiant spoke with ATF SA Timothy Pine, who is trained, and has experience, in making interstate nexus determinations on firearms and ammunition.

4

According to SA Pine, the Mossberg 12 gauge shotgun with serial number MV969505, traveled in and/or affected interstate and/or foreign commerce, prior to being recovered in this investigation.

18. Your Affiant finds that the firearm meets the definition of a firearm under Title 18 United States Code Section 921(a)(3): "Any weapon which will, or is designed to, or may readily be converted to expel a projectile by the action of an explosive." Based on your Affiant's experience and training, as well as consultation with Detective Sandoval who has personally observed the Mossberg 12 gauge shotgun, the shotgun meets the federal definition of a firearm as described above.

## CONCLUSION

19. Based on the aforementioned information, probable cause exists to believe that on July 9, 2020, in the State and District of Colorado, the defendant, Michael Deonsey DORDIES, had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, and did knowingly possess a firearm in and affecting interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

I, Lynn Thrapp, being duly sworn according to law, depose and say that the facts stated in this foregoing affidavit are true and correct to the best of my knowledge, information and belief.

*s/Lynn Thrapp*
Lynn Thrapp
ATF Special Agent

Sworn to before me this __10th__ day of July, 2020.

HON. KRISTEN L. MIX
United States Magistrate Judge

**Application for arrest warrant was reviewed and is submitted by Celeste Rangel, Assistant United States Attorney.**